United States District Court

Eastern District of Louisiana

Rubinstein

v.                                          CIVIL ACTION NO. 2:00-cv-00123"K"(2)

Admin of the Tulane


    The record reflects that a Notice of Removal has been filed in
the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed
to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by
        those parties in state court; and

    (3) Copies of the return on service of process on those
        parties filed in state court.


    New Orleans, Louisiana, January 13, 2000.


                              By Direction of the Court


                              LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 12  P 4: 54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

ASHER RUBINSTEIN                            *    CIVIL ACTION NO. 00-0123
                                            *
VERSUS                                      *    SECTION
                                            *
THE ADMINISTRATORS OF THE                   *    MAGISTRATE
TULANE EDUCATIONAL FUND,                     *    SECT. K MAG 2
MARTHA GILLILAND, and                       *
PAUL MICHAEL LYNCH                          *
                                            *
*   *   *   *   *   *   *   *   *   *   *   *   *   *

## NOTICE OF REMOVAL

TO:   The Honorable Judges of the United States District Court
      for the Eastern District of Louisiana

NOW INTO COURT, through undersigned counsel, come Defendants, The Administrators of the Tulane Educational Fund, Martha Gilliland and Paul Michael Lynch (hereafter "Tulane"), who hereby file this Notice of Removal, containing a short and plain statement of the grounds for removal as required by 28 U.S.C. § 1441 and § 1446, thereby giving notice of removal from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, of the following described and captioned civil lawsuit, and who respectfully show as follows:

_____Fee  150.00
_____Process_____
  X _Dktd_____
_____CtRmDep_____
_____Doc.No._____

449297-1

## I.

Petitioners are the Defendants in a civil suit filed on December 10, 1999 in the Civil District Court for the Parish of Orleans, State of Louisiana, styled "<u>Asher Rubinstein versus The Administrators of the Tulane Educational Fund, Martha Gilliland, and Paul Michael Lynch</u>," Docket No. 99-19945, Division "F". A copy of the Citation and Petition, and a copy of Petitioners' Motion for Extension of Time in Which to Respond, are attached as **Exhibit "A"**. These pleadings constitute all process, pleadings, and orders in the state court proceedings to date in this suit.

## II.

On December 17, 1999, Tulane received the original Petition and Citation through its registered agent for service of process, Ms. Victoria Johnson. This was the first receipt of a copy of the plaintiff's Petition setting forth a claim for relief. No other proceedings have been had in the state court suit.

## III.

The above-described action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction), in that it is a civil action founded on a claim or right arising under the laws of the United States of America. Plaintiff's Petition asserts that Petitioners violated his rights under Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000e, *et seq. See* Petition for Damages, ¶¶ 26-30. Therefore, this action is removable to federal court. 28 U.S.C. § 1331; 28 U.S.C. § 1441(b).

## IV.

In addition, in the first un-numbered paragraph of his Petition for Damages, Plaintiff recognizes that his claims arise under federal law and explicitly invokes both **federal question**

449297-1

**jurisdiction** and **supplemental jurisdiction** over his state law claims. (Emphasis added). Thus, it is plain that from the face of the Petition that plaintiff has affirmatively and distinctly pled a federal question.

### V.

Based upon the foregoing, this action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, in that it is a civil action founded upon a claim or right arising under the laws of the United States of America. *Gantar v. Hibernia National Bank*, 1995 WL 41714 (E.D. La. 1995). Because plaintiff's suit against Petitioners contains federal claims, it is removable to federal court pursuant to 28 U.S.C. § 1331. This action is thus removable under 28 U.S.C. § 1441(b) without regard to citizenship or residency of the parties in controversy.

### VI.

Pursuant to this Court's supplemental jurisdiction, 28 U.S.C. § 1367(a), and principles of pendent jurisdiction, this Court has jurisdiction over all remaining claims asserted in plaintiff's Petition, including his claims alleging violations of Louisiana's Employment Discrimination Law, his claims alleging conspiracy, his claims alleging intentional infliction of emotional distress, and his claims alleging breach of contract, abuse of right, and violation of La. Civ. Code art. 2315. *See* Petition for Damages, ¶¶ 31-46.

### VII.

This Notice is timely filed with this Court pursuant to 28 U.S.C. 1446(b) as thirty days have not yet expired since the action became removable to this Court.

3

449297-1

## VIII.

Upon the filing of the Notice, Petitioners have at the same time given written notice to the plaintiff, through his counsel, by furnishing copies of this Notice and attachments, and will file forthwith notice of this Removal in the Civil District Court for the Parish of Orleans.

## IX.

Defendant Tulane appears here only for the limited purpose of asserting the present Notice of Removal, and Tulane requests that this Notice be submitted without waiver of any defenses, state or federal, and with full reservation of Defendants' rights to timely assert any and all such defenses.

**WHEREFORE**, Defendants, The Administrators of the Tulane Educational Fund, Martha Gilliland and Paul Michael Lynch, pray that Civil Action No. 99-19945, now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, be immediately removed to this Court for all further proceedings, and that this Court assume full jurisdiction of this cause of action as if this action had been originally instituted in this Court.

Respectfully submitted,

**JULIE D. LIVAUDAIS, T.A. (#1183)**
**G. PHILLIP SHULER (#12047)**
**RICHARD B. RAMIREZ (#23263)**
**ZENEL A. DOUCET (#26267)**
**Chaffe, McCall, Phillips,**
  **Toler & Sarpy, L.L.P.**
2300 Energy Center - 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 585-7000
Telefax:    (504) 585-7075
**ATTORNEYS FOR DEFENDANTS,**
**THE ADMINISTRATORS OF THE TULANE**
**EDUCATIONAL FUND, MARTHA**
**GILLILAND and PAUL MICHAEL LYNCH**

4

449297-1

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 12th day of January, 1999, served a copy of the foregoing Notice of Removal on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

5

449297-1