FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 22  P 12: 36

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**March 20, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ASHER RUBINSTEIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-123** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ET AL.** | **SECTION "K"(2)** |

Having determined that this matter involves subject matter that comprises a material part of the subject matter or operative facts of <u>Asher Rubinstein v. The Administrator of the Tulane Educational Fund, et al.</u>, C.A. No. 95-3343 "S".

**IT IS ORDERED** that this matter be and hereby is **TRANSFERRED** to Section "S"(5) of this court pursuant to LR3.1.1E.

TRANSFERRED TO:

SECT. S  MAG. 5

DATE OF ENTRY
MAR 23 2000

Fee_____
Process___
X Dktd____
__CtRmDep_
__Doc.No.__5__