

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHER RUBINSTEIN | * | CIVIL ACTION |
| | * | |
| - versus - | * | NO.: 00-0123 |
| | * | |
| THE ADMINISTRATORS OF THE | * | SECTION: "S" |
| TULANE EDUCATIONAL FUND, | * | |
| MARTHA GILLILAND, and PAUL | * | MAG.: 5 |
| MICHAEL LYNCH | * | |
| | * | |
| * * * * * * * * * * * * | * | |

### MOTION AND ORDER FOR LEAVE TO FILE MEMORANDUM IN RESPONSE TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO MOTION TO QUASH AND INCORPORATED MEMORANDUM

NOW INTO COURT through undersigned counsel comes plaintiff, Asher Rubinstein, who moves this Honorable Court for leave to file a response to Defendants' Memorandum in Opposition to Motion to Quash.

The reply memorandum is intended solely to respond to the Defendants' Memorandum in Opposition to Motion to Quash and to point out inconsistencies in defendants' logic.

RESPECTFULLY SUBMITTED:

LOWE, STEIN, HOFFMAN, ALLWEISS
& HAUVER, L.L.P.

By: _____
MICHAEL R. ALLWEISS (#2425)
701 Poydras Street
One Shell Square, Suite 3600
New Orleans, LA 70139
Telephone: (504) 581-2450
Attorney for Asher Rubinstein

DATE OF ENTRY
OCT 0 6 2000

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29 day of September, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile, mailing the same by United States mail, e-mail and/or hand delivery.

_____
MICHAEL R. ALLWEISS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHER RUBINSTEIN | * | CIVIL ACTION |
| | * | |
| - versus - | * | NO.: 00-0123 |
| | * | |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, MARTHA GILLILAND, and PAUL MICHAEL LYNCH | * * * | SECTION: "E" "S" |
| | * | MAG.: 5 |
| | * | |
| * * * * * * * * * * * * * | * | |

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that plaintiff be granted leave of court to file a Response to Defendants' Memorandum in Opposition to Motion to Quash.

New Orleans, Louisiana, this 5 day of Oct, 2000.

_____
MAG. JUDGE