

```
                                               FILED
                                          U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA
                                             OCT 06 2000
                                          2000 OCT -6 AM 11: 32
                                          LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 4, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHER RUBINSTEIN | CIVIL ACTION |
| VERSUS | NUMBER: 00-0123 |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ET AL. | SECTION: "S"(5) |

HEARING ON MOTION

APPEARANCES:   Mickey Allweiss, Phil Shuler, Julie Livaudais

MOTION:

(1)   Plaintiff's Motion to Quash Subpoena Duces Tecum

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
OCT 0 6 2000

## ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

\_\_1\_\_ : Denied. The Court is of the opinion that information bearing on the credibility of the plaintiff, including his truthfulness, is discoverable. The admissibility of any information obtained from Yahoo! will have to be determined by the trial judge.

_____ : Other.


_/s/ ALC_
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE