NOV 0 9 2000
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -9 PM 12:06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHER RUBINSTEIN | CIVIL ACTION |
| VERSUS | NO: 00-0123 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND ET AL. | SECTION: "S" (5) |

**IT IS ORDERED** that the parties contact Magistrate Judge Alma L. Chasez within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 9th day of November, 2000.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY
NOV 0 9 2000

Fee___
Process___
X/Dkd___
CtRmDep___
Doc.No.___