MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 13, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ASHER RUBINSTEIN                                CIVIL ACTION

VERSUS                                          NUMBER: 00-123

THE ADMINISTRATORS OF THE TULANE                SECTION: "S"(5)
EDUCATIONAL FUND, ET AL.

A settlement conference in the above matter is hereby **SCHEDULED** for January 24, 2001 at 2:00 p.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 15 2000