```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                      2000 NOV 16  PM 4:19

                                       LORETTA G. WHYTE
                                            CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 16, 2000

        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHER RUBINSTEIN | CIVIL ACTION |
| VERSUS | NUMBER: 00-123 |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ET AL. | SECTION: "S"(5) |

    Oral argument on Plaintiff's Motion to Compel will be conducted on November 29, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                  ALMA L. CHASEZ
                                  UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 17 2000

Fee_____
Process____
X Dktd____
__ CtRmDep
__ Doc.No.____