

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 29, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ASHER RUBINSTEIN                          CIVIL ACTION

VERSUS                                    NUMBER: 00-123

THE ADMINISTRATORS OF THE                 SECTION: "S"(5)
TULANE EDUCATIONAL FUND


HEARING ON MOTION

APPEARANCES:  Mickey Allweiss, Julie Livaudais, Mike Bush

MOTION:

(1)  Plaintiff's Motion to Compel

_____:    Continued to

_____:    No Opposition

__1___:    Opposition

_____:    Local Rules 37.1E, 33.2, 36.1, 7.1E


DATE OF ENTRY
DEC 0 4 2000



<u>ORDERED</u>

_____ :    Dismissed as moot.

_____ :    Dismissed for failure of counsel to appear.

_____ :    Granted.

\_\_1\_\_\_ :    Denied. Even if the disputed discovery was propounded in
the correct case, plaintiff has already been provided
with salary information for the Department of Mechanical
Engineering and the Court declines to expand that
further.

_____ :    Other.


ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE