

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
JAN 1 9 2001
2001 JAN 19 PM 4: 24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHER RUBINSTEIN | * | CIVIL ACTION NO. |
| | * | 00-0123 |
| | * | |
| VERSUS | * | SECTION "S" |
| | * | JUDGE LEMMON |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND, | * | MAGISTRATE 5 |
| MARTHA GILLILAND, and | * | MAG. JUDGE CHASEZ |
| PAUL MICHAEL LYNCH | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO CONTINUE TRIAL & SETTLEMENT CONFERENCE AND TO EXTEND ALL PRETRIAL CUTOFF DATES

NOW INTO COURT, through undersigned counsel, come all Parties to the instant action and jointly move this Honorable Court to continue the trial of this cause and all associated deadlines. This is the first request for a continuance in this case. In support of this Motion both undersigned counsel affirm that they have contacted their respective clients concerning this Joint Motion, and all authorize its filing.

In further support of this Joint Motion, the Parties aver:

1. Despite good-faith efforts on the part of all concerned, the Parties were unable to complete discovery by January 17, 2001, the current deadline. The Parties respectfully represent that they cannot fully and properly bring this matter before the Court for trial or for dispositive motion practice absent further discovery.

493449_1 DOC    DATE OF ENTRY _____ **JAN 2 3 2001** _____

____Fee_____
____Process_____
X__Dktd_____
____CtRmDep_____
____Doc.No._____

2. This is the Parties' first request for any type of continuance in this case, and undersigned counsel certify that this request is being made in good faith and not for purposes of unnecessary delay.

3. Because trial counsel for Defendants, Julie D. Livaudais, is in the process of retiring from the practice of law, and new lead defense counsel will be assigned, the Parties request a trial date of no earlier than June 1, 2001.

4. The Parties are committed to continue discussion over possible bases for an amicable resolution of this matter. The attorneys for the Parties will attend the settlement conference set before the Magistrate Judge on January 24, 2001.

Accordingly, the Parties request that all existing dates and conferences be continued and rescheduled in a telephone conference to be set by this Honorable Court.

Respectfully submitted,


_____
MICHAEL R. ALLWEISS (#2425)
-of-
LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
701 Poydras Street
One Shell Square, Suite 3600
New Orleans, LA 70139
Telephone: (504) 581-2450
Attorneys for Asher Rubinstein

_____
JULIE D. LIVAUDAIS, T.A. (#1183)
G. PHILLIP SHULER (#12047)
RICHARD B. RAMIREZ (#23263)
H. MICHAEL BUSH (#23430)
-of-
CHAFFE, MCCALL, PHILLIPS,
TOLER & SARPY, L.L.P.
2300 Energy Center - 1100 Poydras St.
New Orleans, Louisiana 70163
Telephone: (504) 585-7000
Telefax:    (504) 585-7075
Attorneys for Defendants, The
Administrators of theTulane Educational
Fund, Martha Gilliland and Paul
Michael Lynch

2

493449_1 DOC

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 19th day of January, 2001, served a copy of the foregoing on all counsel of record, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_Julie Brandais_

493449_1 DOC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHER RUBINSTEIN | * | CIVIL ACTION NO. |
| | * | 00-0123 |
| | * | |
| VERSUS | * | SECTION "S" |
| | * | JUDGE LEMMON |
| THE ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND, | * | MAGISTRATE 5 |
| MARTHA GILLILAND, and | * | MAG. JUDGE CHASEZ |
| PAUL MICHAEL LYNCH | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Joint Motion,

**IT IS ORDERED** that the Joint Motion to Continue be, and it is hereby **GRANTED**.

New trial and pretrial cutoff dates will be established in a telephone conference to be held at

_10.00_ o'clock _A_ m. on _March 2nd_ , 2001.

New Orleans, Louisiana, this _22_ day of January, 2001.

_[signature]_

UNITED STATES DISTRICT JUDGE

4

493449_1 DOC