

```
MINUTE ENTRY
CHASEZ, M.J.
JANUARY 24, 2001
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ASHER RUBINSTEIN**                              CIVIL ACTION

**VERSUS**                                        NUMBER: 00-123

**THE ADMINISTRATORS OF THE**                     SECTION: "S"(5)
**TULANE EDUCATIONAL FUND, ET AL.**

A settlement conference was conducted in the above matter this date.

    PRESENT:  Julie Livaudais
                 Meredith Whitten
                 Mickey Allweis

Trial of the above captioned matter has been recently continued to be reset at a later date.

Accordingly, there will be a further settlement conference herein on May 10, 2001 at 1:30 p.m. The Court is to be notified if the parties otherwise resolve their issues before the date of the

DATE OF ENTRY
JAN 3 1 2001

next conference.

                                                         ALMA L. CHASEZ
                                UNITED STATES MAGISTRATE JUDGE