

```
                FILED
           U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

           2001 MAY 30  AM 9: 25

            LORETTA G. WHYTE
                 CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ASHER RUBINSTEIN                         CIVIL ACTION

VERSUS                                   NUMBER: 00-123

THE ADMINISTRATORS OF THE                SECTION: "S"(5)
TULANE EDUCATIONAL FUND, ET AL.

ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties, that the above matter has settled; Accordingly,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause within 60 days to reopen the action if settlement is not consummated.

The Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 29 day of May, 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  MAY 30 2001