

```
          FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

    2001 JUN 21  AM 11: 22

    LORETTA G. WHYTE
         CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
JUNE 19, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHER RUBINSTEIN | CIVIL ACTION |
| VERSUS | NUMBER: 00-123 |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ET AL. | SECTION: "S"(5) |

A status conference was conducted in the above matter on June 18, 2001 to work out problems with the settlement documents to be executed by the parties.

    PRESENT:  Julie Livaudais, Bill McGoey, Mickey Allweiss and Meredith Whitten

At the conclusion of the meeting, the Court understood that all relevant issues had been resolved. Corrections to the settlement documents will be completed by Ms. Livaudais in sufficient time to allow for their execution on or before Wednesday, June 20, 2001.

DATE OF ENTRY
JUN 21 2001

Doc.No. 34

Any further complications shall be brought to the attention of the undersigned on an as needed basis.

                                               */s/ ALC*
                                            ALMA L. CHASEZ
                                  **UNITED STATES MAGISTRATE JUDGE**