U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED **JUL 1 6 2001**
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ASHER RUBINSTEIN** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0123** |
| | * | |
| **THE ADMINISTRATORS OF THE** | * | **SECTION "S"** |
| **TULANE EDUCATIONAL FUND,** | * | **JUDGE LEMMON** |
| **MARTHA GILLILAND, and** | * | |
| **PAUL MICHAEL LYNCH** | * | **MAGISTRATE (5)** |
| | * | **MAG. JUDGE CHASEZ** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *EX PARTE* MOTION AND INCORPORATED MEMORANDUM TO DISMISS INDIVIDUAL DEFENDANTS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Asher Rubinstein, who hereby moves this Honorable Court to dismiss, with prejudice, all claims against the individual defendants herein, Martha Gilliland and Paul Michael Lynch, with prejudice, reserving all rights against defendant The Administrators of the Tulane Educational Fund.

Respectfully submitted,

_____
MICHAEL R. ALLWEISS (#2425)
-of-
LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
701 Poydras Street
One Shell Square, Suite 3600
New Orleans, LA 70139
Telephone: (504) 581-2450
**Attorneys for Plaintiff, Asher Rubinstein**

DATE OF ENTRY
JUL 1 7 2001

___Fee_____
___Process____
_X_Dktd____
___CtRmDep___
___Doc.No.____

510592_1.DOC

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 13 day of June, 2001, served a copy of the foregoing *Ex Parte* Motion on counsel for defendants, by hand.

510592_1 DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHER RUBINSTEIN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0123 |
| | * | |
| THE ADMINISTRATORS OF THE | * | SECTION "S" |
| TULANE EDUCATIONAL FUND, | * | JUDGE LEMMON |
| MARTHA GILLILAND, and | * | |
| PAUL MICHAEL LYNCH | * | MAGISTRATE (5) |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion;

IT IS ORDERED that all claims against defendants Martha Gilliland and Paul Michael Lynch be, and they are hereby, dismissed, with prejudice, with plaintiff reserving all rights against defendant The Administrators of the Tulane Educational Fund.

New Orleans, Louisiana, this _13_ day of July, 2001.

UNITED STATES DISTRICT JUDGE

3

510592_1 DOC