FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 16 PM 3:45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHER RUBINSTEIN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0123 |
| | * | |
| THE ADMINISTRATORS OF THE | * | SECTION "S" |
| TULANE EDUCATIONAL FUND, | * | JUDGE LEMMON |
| MARTHA GILLILAND, and | * | |
| PAUL MICHAEL LYNCH | * | MAGISTRATE (5) |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * *

## FINAL MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Asher Rubinstein, and on showing that he has previously dismissed all claims against the individual Defendants, and now desires to dismiss all remaining claims, respectfully moves this Court to dismiss this case, in its entirety, with prejudice, with the parties bearing their own costs.

Respectfully submitted,

_____
MICHAEL R. ALLWEISS (#2425)
-of-
LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
701 Poydras Street
One Shell Square, Suite 3600
New Orleans, LA 70139
Telephone: (504) 581-2450
Attorneys for Plaintiff, Asher Rubinstein

DATE OF ENTRY
JUL 1 9 2001

512722_1.DOC

Doc.No. 36

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this \_13\_ day of June, 2001, served a copy of the foregoing Final Motion to Dismiss with Prejudice on counsel for all parties by hand.

_____

512722_1.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHER RUBINSTEIN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0123 |
| | * | |
| THE ADMINISTRATORS OF THE | * | SECTION "S" |
| TULANE EDUCATIONAL FUND, | * | JUDGE LEMMON |
| MARTHA GILLILAND, and | * | |
| PAUL MICHAEL LYNCH | * | MAGISTRATE (5) |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * *

## ORDER

The foregoing Final Motion to Dismiss considered,

**IT IS ORDERED** that the above entitled and numbered matter be, and it is hereby, finally dismissed, with prejudice, the parties to bear their own costs.

New Orleans, Louisiana, this _17_ day of July, 2001.

_____
UNITED STATES DISTRICT JUDGE

512722_1.DOC